**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03243-AP

PETER LEQUIRE,

      Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
|  | JOHN F. WALSH |
| Frederick W. Newall | United States Attorney |
| 730 N. Weber Street, Suite 101 | KEVIN TRASKOS |
| Colorado Springs, CO 80903 | Chief, Civil Division |
| 719-633-5211 | United States Attorney's Office |
| fnewall@questoffice.net | District of Colorado |
|  | Kevin.Traskos@usdoj.gov |
|  |  |
|  | Robert L. Van Saghi |
|  | Special Assistant United States Attorney |
|  | 1001 17th Street |
|  | Denver, Colorado 80202 |
|  | (303) 844-1948 |
|  | (303) 844-0770 (facsimile) |
|  | robert.vansaghi@ssa.gov |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:** 12/12/11
    **B.  Date Complaint Was Served on U.S. Attorney's Office:** 1/4/12
    **C.  Date Answer and Administrative Record Were Filed:** 4/4/12

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.   OTHER MATTERS**

The parties state that there are no other matters.

**8.   BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.  Plaintiffs Opening Brief Due:**        6/11/12
    **B.  Defendant's Response Brief Due:**     7/11/12
    **C.  Plaintiffs Reply Brief (If Any) Due:** 7/26/12

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
    **B.  Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 2nd day of May 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/Frederick W. Newall
Frederick W. Newall
730 N. Weber Street, Suite 101
Colorado Springs, CO 80903
719-633-5211
fnewall@questoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov