IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-03243-AP**

**PETE LEQUIRE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Joint Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #16), filed July 9, 2012, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$453.00**.

Dated at Denver, Colorado, this 10th day of July, 2012.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT