IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **11-cv-03243-AP**

**PETE LEQUIRE,**

                Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                Defendant.

---

# ORDER

---

Kane, J.

The Joint Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #16), filed July 9, 2012, is **GRANTED**.   In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$453.00**.

Dated at Denver, Colorado, this 10th day of July, 2012.

                BY THE COURT:


                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT